IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**MICHAEL LEE STROPE**
**also known as**
**GORDON STROPE,**

          **Plaintiff,**

      v.                                CASE NO. 08-3300-SAC

**ELIZABETH RICE, et al.,**

          **Defendants.**

MEMORANDUM AND ORDER

This matter comes before the court on plaintiff's motion for reconsideration (Doc. 55). Plaintiff seeks reconsideration of the court's order granting defendants' motion for summary judgment and denying plaintiff's motion for recusal.

The grounds for granting a motion to reconsider "include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice." *Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). A motion to reconsider "should be denied unless it clearly demonstrates manifest error of law or fact or presents newly discovered evidence." *National Business Brokers, Ltd. v. Jim Williamson Products, Inc.*, 115 F.Supp.2d 1250, 1256 (D. Colo. 2000)(internal citations and punctuation omitted).

Plaintiff's motion for reconsideration broadly alleges bias and challenges the court's decision to grant summary judgment. The court has examined plaintiff's motion carefully and has reviewed the

Memorandum and Order denying his motion for recusal and granting defendants' motion for summary judgment. The court finds no manifest error of law or fact nor any other legal basis for granting plaintiff's request for relief from that order.

IT IS, THEREFORE, BY THE COURT ORDERED plaintiff's motion for reconsideration (Doc. 55) is denied.

Copies of this order shall be transmitted to the parties.

**IT IS SO ORDERED.**

DATED:  This 5th day of September, 2012, at Topeka, Kansas.


S/ Sam A. Crow
SAM A. CROW
U.S. Senior District Judge